| | | | |
|---|---|---|---|
| | AUSA: | Louis F. Meizlish | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Alexander Carlson | Telephone: (313) 450-2590 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America
   v.

Cecilio De Jesus FUENTES-CARDOZA

Case: 2:26−mj−30156
Assigned To : Unassigned
Assign. Date : 3/24/2026
Description: CMP USA v
Fuentes−Cardoza (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 19. 2026 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexander Carlson, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ March 24, 2026 _____

_____
*Judge's signature*

City and state: Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

I, Alexander Carlson, declare the following under penalty of perjury:

1.      I am an agent with the U.S. Department of Homeland Security, U.S. Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Cecilio De Jesus FUENTES-CARDOZA, a native and citizen of El Salvador.

2.      This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for FUENTES-CARDOZA, for a violation of 8 U.S.C. § 1326, unlawful re-entry following removal. I have not included every fact known to law enforcement related to this investigation.

3.      FUENTES-CARDOZA is a 42-year-old man, native and citizen of El Salvador, who was previously removed from the United States on or about June 7, 2017.

4.      On or about June 14, 2005, Border Patrol agents arrested FUENTES-CARDOZA near Laredo, Texas, processed him, and released him from custody pending a hearing with an immigration judge. As part

1

of his release, agents instructed him to report to Immigration and Customs Enforcement detention and removal officers in San Antonio, Texas, on July 14, 2005. FUENTES-CARDOZA did not report as directed.

5.      On or about October 18, 2005, an immigration judge ordered FUENTES-CARDOZA's removal in absentia.

6.      On or about December 27, 2016, Border Patrol agents encountered FUENTES-CARDOZA near the U.S.-Canada border at Port Huron, Mich.

7.      On or about May 15, 2017, an immigration judge denied FUENTES-CARDOZA's application for asylum and withholding of removal.

8.      On or about June 7, 2017, ICE removed FUENTES-CARDOZA to El Salvador through Alexandria, La.

9.      On or about August 27, 2018, Border Patrol agents encountered FUENTES-CARDOZA near Roma, Texas.

10.     On or about August 29, 2018, a federal court in the Southern District of Texas convicted FUENTES-CARDOZA of illegal entry under 8 USC § 1325 and sentenced him to time served.

11.   On or about September 13, 2018, ICE removed FUENTES-CARDOZA to El Salvador through Laredo, Texas.

12.   On or about September 10, 2019, Border Patrol Agents encountered FUENTES-CARDOZA near Hidalgo, Texas.

13.   On or about September 26, 2019, ICE again removed FUENTES-CARDOZA to El Salvador through Laredo, Texas.

14.   On or about March 19, 2026, FUENTES-CARDOZA provided an international driver's license from El Salvador to a police officer during a traffic stop in River Rouge, in the Eastern District of Michigan.

15.   After arriving at the scene, a Border Patrol agent identified himself and conducted an immigration inspection. The agent determined that FUENTES-CARDOZA had unlawfully reentered the United States at a time and place other than as designated by the secretary of homeland security. After determining that FUENTES-CARDOZA was an individual who illegally re-entered the United States, the agent detained FUENTES-CARDOZA and transported him to the Gibraltar Border Patrol Station for further investigation.

16.   While at the Gibraltar Border Patrol Station, agents captured FUENTES-CARDOZA's fingerprints and photograph and

3

entered this information into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that FUENTES-CARDOZA is a citizen of El Salvador, with no record of obtaining permission to re-enter the United States following his September 26, 2019, removal.

17.   The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, U.S. Code, to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

18.   Review of the Alien File (A# XXX XXX 120) for FUENTES-CARDOZA, and queries in U.S. Department of Homeland Security databases confirm no record exists of FUENTES-CARDOZA obtaining permission from the attorney general or the secretary of homeland security to re-apply for admission to the United States after his removal from the United States on September 26, 2019. FUENTES-CARDOZA's prior order of removal has been reinstated.

4

19.     Based on the above information, there is probable cause to conclude that FUENTES-CARDOZA committed the offense of unlawful reentry following removal from the United States in violation of Title 8, United States Code, Section 1326(a).

_____

Alexander Carlson, Border Patrol
     Agent
U.S. Department of Homeland
     Security


Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____

Honorable Anthony P. Patti
United States Magistrate Judge

March 24, 2026